1  Nicholas R. Kloeppel, CSB #186165
   William F. Mitchell, CSB #159831
2  THE MITCHELL LAW FIRM, LLP
   Attorneys at Law
3  426 First Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586

6  Attorneys for Defendants
   COUNTY OF HUMBOLDT, GREG ALLEN,
7  SCOTT HICKS, BEN FILIPPINI, PAM
   WILCOX, DENNIS YOUNG
8

9

10                 UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  CARRIE ANN CAPOLUPO,                )  Case No.: 18-cv-7458-RMI
                                        )
14            Plaintiff,                )  **ANSWER OF DEFENDANTS TO**
                                        )  **PLAINTIFF'S SUPPLEMENT**
15       v.                             )  **COMPLAINT TO TAC**
                                        )
16  GREG ALLEN, individual; SCOTT       )
    HICKS, individual, BEN FILIPPINI,   )  **DEMAND FOR JURY TRIAL**
17  individual, PAM WILCOX, individual, )
    DENNIS YOUNG, individual, and       )
18  COUNTY OF HUMBOLDT,                 )
                                        )
19            Defendants.               )
    _____)
20

21       Defendants COUNTY OF HUMBOLDT, GREG ALLEN, SCOTT HICKS, BEN

22  FILIPPINI, PAM WILCOX, and DENNIS YOUNG, separating themselves from all

23  other defendants, answers Plaintiff's Supplement Complaint to TAC, hereinafter referred

24  to as the "Complaint," on file herein as follows:

25       1.     In response to paragraph 1 of the Complaint, these answering defendants

26  admit that plaintiff seeks damages for violation of her rights under the United States

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**ANSWER TO COMPLAINT**

1  constitution. Further responding, defendants deny each and every other allegation set

2  forth in this paragraph.

3      2.     In response to paragraph 2 of the Complaint, these answering defendants

4  admit that plaintiff has alleged claims under 42 U.S.C. § 1983, and admit that the

5  answering defendants were at all times acting under color of state law. Further

6  responding, Further responding, defendants deny each and every other allegation set

7  forth in this paragraph.

8                 **JURISDICTION**

9      3.     In response to paragraph 3 of the Complaint, these answering defendants

10  admit that plaintiff has asserted only federal claims and that jurisdiction over these

11  claims are proper under the cited statues. Further responding, defendants deny each and

12  every other allegation set forth in this paragraph.

13      4.     In response to paragraph 4 of the Complaint, these answering defendants

14  deny the allegations in said paragraph.

15                 **PARTIES**

16      5.     In response to paragraph 5 of the Complaint, these answering defendants

17  lack sufficient information or knowledge to respond to the allegations of said paragraph,

18  and on this basis generally and specifically deny said allegations.

19      6.     In response to paragraph 6 of the Complaint, these answering defendants

20  admit the allegations in said paragraph.

21      7.     In response to paragraph 7 of the Complaint, these answering defendants

22  admit the allegations in said paragraph, but deny that there is any basis for liability

23  against defendant Allen.

24      8.     In response to paragraph 8 of the Complaint, these answering defendants

25  admit the allegations in said paragraph, but deny there is any basis for liability against

26  defendant Hicks.

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**ANSWER TO COMPLAINT**

9.      In response to paragraph 9 of the Complaint, these answering defendants admit the allegations in said paragraph, but deny that there is any basis for liability against defendant Filippini.

10.      In response to paragraph 10 of the Complaint, these answering defendants admit the allegations in said paragraph, but deny there is any basis for liability against defendant Cox.

11.      In response to paragraphs 11 and 11a of the Complaint, these answering defendants admit the allegations in paragraph 11 and that they are the defendants. Further responding, defendants deny there is any basis for liability against defendant Young and otherwise deny each and every other allegation set forth in these paragraphs.

12.      In response to paragraph 12 of the Complaint, no response is necessary because Sheriff William Honsal has been dismissed from this action. (See Order, Dkt. 90, pg. 15.)

13.      In response to paragraph 13 of the Complaint, no response is necessary because Sheriff William Honsal has been dismissed from this action. (See Order, Dkt. 90, pg. 15.)

14.      In response to paragraph 14 of the Complaint, these answering defendants specifically deny each and every allegation set forth in this paragraph because Sheriff William Honsal has been dismissed from this action (See Order, Dkt. 90, pg. 15).

15.      In response to paragraph 15 of the Complaint, these answering defendants specifically deny that Sheriff William Honsal is properly sued because he has been dismissed from this action (See Order, Dkt. 90, pg. 15). Further responding, these answering defendants deny the remaining allegations in said paragraph.

## **STATEMENT OF FACTS**

16.      In response to paragraph 16 of the Complaint, these answering defendants lack sufficient information and belief to respond to plaintiff's allegations as to the

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

3

**ANSWER TO COMPLAINT**

reasons she allowed defendants to enter the home and on that basis, deny each and every allegation set forth in this paragraph.

17.    In response to paragraph 17 of the Complaint, these answering defendants deny the allegations in said paragraph.

18.    In response to paragraph 18 of the Complaint, these answering defendants deny the allegations in said paragraph.

19.    In response to paragraph 19 of the Complaint, these answering defendants admit that they allowed plaintiff to move about her residence with liberty. Further responding, no response is necessary as to plaintiff's claim regarding any use of force as these claims have been dismissed. (See Order, Dkt. 90, pg. 4, n 3 and Order, Dkt 60, pg. 22.) Further responding, defendants lack sufficient information or knowledge regarding whether plaintiff was filming the actions of law enforcement and on this basis generally and specifically deny these allegations. Further responding, defendants deny each and every remaining allegation in this paragraph.

20.    In response to paragraph 20 of the Complaint, these answering defendants admit that plaintiff had liberty to leave the emergency room at her will. Further responding, no response is necessary as to the allegations of coercion or other conduct of CPS officers on the basis that claims against CPS officers have been dismissed. (See Order, Dkt. 60, pg. 25-27.) Further responding, defendants deny the remaining allegations in said paragraph.

21.    In response to paragraph 21 of the Complaint, these answering defendants admit that they assert the subject Warrant authorized entry into plaintiff's residence pursuant to Welfare and Institutions Code § 328 among other authorities, admit this statute is properly quoted in part, and deny the remaining allegations in said paragraph.

22.    In response to paragraph 22 of the Complaint, these answering defendants admit that the Warrant authorized a medical exam within 72 hours, and deny the

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

4

**ANSWER TO COMPLAINT**

remaining allegations in said paragraph.

23.     In response to paragraph 23 of the Complaint, these answering defendants admit the allegations in said paragraph.

24.     In response to paragraph 24 of the Complaint, these answering defendants deny the allegations in said paragraph.

25.     In response to paragraph 25 of the Complaint, these answering defendants admit the allegations in said paragraph.

26.     In response to paragraph 26 of the Complaint, these answering defendants admit the allegations in said paragraph.

27.     In response to paragraph 27 of the Complaint, these answering defendants deny the allegations in said paragraph.

28.     In response to paragraph 28 of the Complaint, these answering defendants deny the allegations in said paragraph.

29.     In response to paragraph 29 and 29(a) of the Complaint, no response is required with respect to the allegations pertaining to Sheriff William Honsal as these claims have been dismissed.  (See Order, Dkt. 90, pg. 15). Further responding, these answering defendants deny each and every remaining allegation set forth in these paragraphs.

30.     In response to paragraph 31 of the Complaint, these answering defendants deny the allegations in said paragraph.

31.     In response to paragraph 32 of the Complaint, these answering defendants deny the allegations in said paragraph.

32.     In response to paragraphs 33 and 33(a) of the Complaint, these answering defendants deny that it has any policy number 613.8. Further responding, defendants admit that the statements in paragraph 33 are contained in the Humboldt County Sheriff's Office Policy Manual. Further responding, defendants deny each and every

1    other allegation in these paragraphs.

2        33.    In response to paragraph 34 of the Complaint, these answering defendants

3    deny the allegations in said paragraph.

4        34.    In response to paragraph 35 of the Complaint, these answering defendants

5    deny the allegations in said paragraph.

6        35.    In response to paragraph 36 of the Complaint, these answering defendants

7    deny the allegations in said paragraph.

8        36.    In response to paragraph 37 of the Complaint, these answering defendants

9    deny the allegations in said paragraph.

10       37.    In response to paragraph 38 of the Complaint, no response is required with

11   respect to the allegations pertaining to Sheriff William Honsal as these claims have been

12   dismissed.  (See Order, Dkt. 90, pg. 15). Further responding, these answering defendants

13   deny the remaining allegations in said paragraph.

14       38.    In response to paragraph 39 of the Complaint, these answering defendants

15   deny the allegations in said paragraph.

16       39.    In response to paragraph 40 of the Complaint, these answering defendants

17   deny the allegations in said paragraph.

18       40.    In response to paragraph 41 of the Complaint, these answering defendants

19   deny the allegations in said paragraph.

20       41.    In response to paragraph 42 of the Complaint, these answering defendants

21   deny the allegations in said paragraph.

22       42.    In response to paragraph 43 of the Complaint, these answering defendants

23   deny the allegations in said paragraph.

24       43.    In response to paragraph 44 of the Complaint, these answering defendants

25   deny the allegations in said paragraph.

26       44.    In response to paragraph 45 of the Complaint, these answering defendants

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**ANSWER TO COMPLAINT**

deny the allegations in said paragraph.

45.     In response to paragraph 46 of the Complaint, these answering defendants deny the allegations in said paragraph.

46.     In response to paragraph 47 of the Complaint, these answering defendants deny the allegations in said paragraph.

47.     In response to paragraph 48 of the Complaint, these answering defendants deny the allegations in said paragraph.

48.     In response to paragraph 49 of the Complaint, these answering defendants deny the allegations in said paragraph.

49.     In response to paragraph 50 of the Complaint, these answering defendants deny the allegations in said paragraph.

50.     In response to paragraph 51 of the Complaint, these answering defendants deny the allegations in said paragraph.

51.     In response to paragraph 52 of the Complaint, these answering defendants deny the allegations in said paragraph.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION
**Violation of 42 U.S.C. § 1983 – Deliberately Indifferent Policies, Practices, Customs, Training, and Supervision in violation of the Fourth, Fourteenth, and Amendments in violation of 42 U.S.C. § 1981**

52.     In response to paragraph 53 of the Complaint, these answering defendants incorporate by this reference all of the responses set forth above. Further responding, the remaining allegation is a statement of law and requires no response.

53.     In response to paragraph 54 of the Complaint, no response is required with respect to the allegations pertaining to Sheriff William Honsal as these claims have been dismissed.  (See Order, Dkt. 90, pg. 15). Further responding, these answering defendants lack sufficient information and knowledge with respect to plaintiff's citizenship and on

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**ANSWER TO COMPLAINT**

1   that basis denies all such allegations. Further responding, defendants admit that a section

2   1983 claim may be alleged against the County. Further responding, defendants deny the

3   remaining allegations in this paragraph.

4       54.   In response to paragraph 55 of the Complaint, the answering defendants

5   admit the allegations in said paragraph.

6       55.   In response to paragraph 56 of the Complaint, no response is required with

7   respect to plaintiff's claims regarding excessive force, free speech and retaliation under

8   the First Amendment and malicious prosecution as these claims have been dismissed.

9   (See, Order, Dkt. 90, 4, n 3 and 9; see also Order, Dkt. 60, p. 25.) Further responding,

10  defendants deny the remaining allegations in this paragraph.

11      56.    In response to paragraph 57 of the Complaint, no response is required

12  with respect to the allegations pertaining to Sheriff William Honsal as these claims have

13  been dismissed.  (See Order, Dkt. 90, pg. 15). Further responding, these answering

14  defendants deny the remaining allegations in this paragraph.

15      57.   In response to paragraph 58 of the Complaint, these answering defendants

16  deny the allegations in said paragraph.

17      58.   In response to paragraph 59 of the Complaint, no response is required with

18  respect to the allegations pertaining to Sheriff William Honsal as these claims have been

19  dismissed.  (See Order, Dkt. 90, pg. 15). Further responding, these answering defendants

20  deny the remaining allegations in said paragraph.

21      59.   In response to paragraph 60 of the Complaint, no response is required with

22  respect to the allegations pertaining to Sheriff William Honsal as these claims have been

23  dismissed.  (See Order, Dkt. 90, pg. 15). Further responding, these answering defendants

24  deny the remaining allegations in said paragraph.

25      60.   In response to paragraph 61 of the Complaint, these answering defendants

26  deny the allegations in said paragraph.

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

8
ANSWER TO COMPLAINT

61.     In response to paragraph 62 of the Complaint, no response is required with respect to the allegations pertaining to Sheriff William Honsal as these claims have been dismissed.  (See Order, Dkt. 90, pg. 15). Further responding, these answering defendants deny the remaining allegations in said paragraph.

62.     In response to paragraph 63 of the Complaint, these answering defendants deny the allegations in said paragraph.

63.     In response to paragraph 64 of the Complaint, no response is required with respect to the allegations pertaining to Sheriff William Honsal as these claims have been dismissed.  (See Order, Dkt. 90, pg. 15). Further responding, these answering defendants deny the remaining allegations in said paragraph.

64.     In response to paragraph 65 of the Complaint, these answering defendants deny the allegations in said paragraph.

65.     In response to paragraph 66 of the Complaint, these answering defendants deny the allegations in said paragraph.

66.     In response to paragraph 67 of the Complaint, these answering defendants deny the allegations in said paragraph.

## AFFIRMATIVE DEFENSES

AS AND FOR A FIRST AFFIRMATIVE DEFENSE, to each purported cause of action, these answering defendants allege on information and belief that each purported cause of action fails to state facts sufficient to constitute a cause of action against these answering defendants, and that the complaint fails to state a cause of action against any answering defendant.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE, these answering defendants allege on information and belief that the injuries and damages plaintiff complains of, if any, resulted from the acts and/or omissions of others unassociated with

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

9
**ANSWER TO COMPLAINT**

1  these answering defendants, and without any fault on the part of these answering

2  defendants.

3      AS AND FOR A THIRD AFFIRMATIVE DEFENSE, these answering

4  defendants allege on information and belief that the defendants are entitled to absolute or

5  qualified immunity from liability based on its good faith in the propriety of its actions

6  and the reasonable grounds for those beliefs, including the fact it did not violate any

7  clearly established law.

8      AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, these answering

9  defendants allege on information and belief that plaintiff has failed to mitigate her

10  damages.

11      AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, these answering

12  defendants allege on information and belief that, to the extent any state claim is

13  advanced by plaintiff, the individual defendants were employees of the County of

14  Humboldt, that suit against the individual defendants and the County, is barred pursuant

15  to Government Code §§820.2, 820.4, 820.6, 820.8, 818.2, 820.21, 818.8, 821, 821.6,

16  820(b), 822.2, 815(a), 815.6, 846 and 815.2(b).

17      AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, these answering

18  defendants allege on information and belief that the County of Humboldt, its agents,

19  servants, and representatives, did not engage in any policy or practice violative of the

20  civil rights of the plaintiff.

21      AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, these answering

22  defendants allege on information and belief that this court lacks subject matter

23  jurisdiction over the matters set forth in the complaint, in that the facts are not sufficient

24  to state a cause of action for violation of Federal civil rights.

25      AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE, these answering

26  defendants allege on information and belief, to the extent any state claim is advanced by

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

10

**ANSWER TO COMPLAINT**

1   plaintiff it is made outside the time frame of six (6) months prior to the submission of an

2   administrative claim, plaintiff failed to comply with the applicable provisions of

3   Government Code §§ 900, et seq., and 911 et seq., including, but not limited to,

4   Government Code §§ 911.2, 945.4, 945.6 (a)(1) and (2), by failing to present a timely

5   claim and/or failing to timely file an action after notice of rejection of a claim.

6       AS AND FOR A NINTH AFFIRMATIVE DEFENSE, these answering

7   defendants allege on information and belief that plaintiff is barred from recovery of

8   exemplary and/or punitive damages from defendant Humboldt County, or any

9   subdivision therein or from any individual defendant named in their official capacity by

10  virtue of the provisions of §818 of the California Government Code as well as applicable

11  federal law.

12      AS AND FOR A TENTH AFFIRMATIVE DEFENSE, these answering

13  defendants allege on information and belief that any claim for exemplary and/or punitive

14  damages is violative of the provisions of the United States Constitution.

15      AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE, these answering

16  defendants allege on information and belief that it is immune from suit pursuant to the

17  Eleventh Amendment of the United States Constitution.

18      AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE, these answering

19  defendants allege on information and belief that defendant's acts were privileged under

20  applicable statutes and case law.

21      AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE, these answering

22  defendants allege on information and belief that plaintiff has failed to state a claim for

23  relief under *Monell* and associated case law.

24      AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE, these answering

25  defendants allege on information and belief that third persons or entities, other than

26  these answering defendants, are responsible, in whole or in part, for plaintiff's injuries

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**ANSWER TO COMPLAINT**

1   and damages, if any, and therefore the defendants' liability, if any, must be assessed in

2   proportion to the liability of the other responsible parties, in that defendants cannot be

3   liable for more than its proportionate share of plaintiff's non-economic damages,

4   pursuant to common law and California Code of Civil Procedure section 1431.2 and

5   related provisions.

6       AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE, these answering

7   defendants allege on information and belief that plaintiff was at fault in or about the

8   matters referred to in the Complaint and/or failed to exercise ordinary care, caution or

9   prudence for her own protection.  The resulting injuries and damages, if any, plaintiff

10  sustained were proximately caused by plaintiff's carelessness, negligence, or other fault,

11  and plaintiff's recovery, if any, must be reduced or eliminated accordingly.

12      AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE, these answering

13  defendants allege on information and belief that plaintiff is estopped from complaining

14  of the acts of conduct allegedly committed by defendant.

15      AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE, these answering

16  defendants allege on information and belief that it cannot fully anticipate all affirmative

17  defenses that may be applicable to this action; accordingly, defendants expressly reserve

18  the right to assert additional defenses if and to the extent such affirmative defenses

19  become applicable throughout the pendency of this action.

20      AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE, these answering

21  defendants allege on information and belief that plaintiff has waived any claims that she

22  may have against defendants by way of her known actions.

23      AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE, these answering

24  defendants allege on information and belief that plaintiff has released any and all claims

25  she may have against defendants by way of an expressed or implied release of such

26  claims.

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**ANSWER TO COMPLAINT**

1    AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE, these answering

2  defendants allege on information and belief that this Complaint, and each cause of action

3  set forth therein, are barred because at all times relevant, defendants acted reasonably,

4  and in good faith and without malice based upon all relevant facts and circumstances

5  noted by defendants at the time they acted.

6    AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE, these

7  answering defendants allege on information and belief that this Complaint, and each

8  cause of action set forth therein, are barred in whole or in part by the doctrine of unclean

9  hands.

10    AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE, these

11  answering defendants allege on information and belief that this Complaint, and each

12  cause of action set forth therein, are barred by the doctrine of laches.

13    AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE, these

14  answering defendants allege on information and belief that this Complaint, and each of

15  the causes of action alleged therein, are barred by the statute of limitations applicable to

16  actions brought under 42 U.S.C. §1983, including, but not limited to, California Code of

17  Civil Procedure §§335.1.

18    AS AND FOR A TWENTY-FOURTH AFFIRMATIVE DEFENSE, these

19  answering defendants allege on information and belief that plaintiff's maintenance of

20  this action is frivolous, vexatious and unreasonable, thereby entitling the defendants to

21  sanctions and appropriate remedies, including without limitation attorneys' fees, against

22  plaintiff.

23    AS AND FOR A TWENTY-FIFTH AFFIRMATIVE DEFENSE, defendants

24  allege on information and belief that all activities taken regarding the allegations in the

25  complaint were undertaken for valid law enforcement and/or prosecutorial initiatives.

26

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

13

**ANSWER TO COMPLAINT**

AS AND FOR A TWENTY-SIXTH AFFIRMATIVE DEFENSE, defendants allege on information and belief that the claims asserted in the complaint are barred by the doctrine of res judicata and collateral estoppel.

AS AND FOR A TWENTY-SEVENTH AFFIRMATIVE DEFENSE, defendants allege on information and belief that any act or omission on the part of these answering defendants, its agents, or employees was not the proximate cause of plaintiff's injury.

AS AND FOR A TWENTY-EIGHTH AFFIRMATIVE DEFENSE, defendants are immune from suit pursuant to California Code of Civil Procedure § 262, et seq. Likewise, the County of Humboldt is also immune by virtue of Government Code §§ 815(a) and 815.2(b).

AS AND FOR A TWENTY-NINTH AFFIRMATIVE DEFENSE, defendants alleged on information and believe that plaintiff's claims are barred as defendants are absolutely immune under federal common law from any claim arising from malicious prosecution.

AS AND FOR A THIRTIETH AFFIRMATIVE DEFENSE, the individual defendants are immune pursuant to Civil Code § 43.55. Likewise, the County of Humboldt is also immune by virtue of Government Code §§ 815(a) and 815.2(b).

AS AND FOR A THIRTY-FIRST AFFIRMATIVE DEFENSE, defendants alleged on information and believe that plaintiff's claims are barred as defendants are immune from suit pursuant to Penal Code § 847(b). Likewise, the County of Humboldt is also immune by virtue of Government Code §§ 815(a) and 815.2(b).

AS AND FOR A THIRTY-SECOND AFFIRMATIVE DEFENSE, defendants alleged on information and believe that plaintiff's claims are barred because defendants had reasonable or probable cause, specific articulable facts, or were otherwise lawfully authorized to detain or seize plaintiff and her cell phone.

///

1

**PRAYER FOR RELIEF**

2      WHEREFORE, defendants pray that:

3      1.      Plaintiff takes nothing by way of the Complaint filed herein;

4      2.      Defendants have judgment entered against plaintiff;

5      3.      Defendants be awarded costs of suit;

6      4.      Defendants be awarded reasonable attorneys' fees pursuant to California

7              Code of Civil Procedure sections 1021.7, 1038, 128.5 and 128.7, on the

8              ground that the purported state claims are brought without good faith

9              belief that the facts are applicable laws that support recovery;

10     5.      Defendants be awarded reasonable attorneys' fees under Rule 11 and on

11             the ground that the action is brought without good faith belief that the facts

12             or applicable law support recovery; and

13     6.      For such further relief as the Court deems proper.

14  DATED:  September 3, 2020          THE MITCHELL LAW FIRM, LLP

15

16                          By   _/s/ Nicholas R. Kloeppel_____

17                                  Nicholas R. Kloeppel
                                    William F. Mitchell

18                                  Attorneys for Defendants, COUNTY OF
                                    HUMBOLDT, GREG ALLEN, SCOTT

19                                  HICKS, BEN FILIPPINI, PAM WILCOX,
                                    DENNIS YOUNG

20

21

22

23

24

25

26

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

15

**ANSWER TO COMPLAINT**

1

## **<u>DEMAND FOR JURY TRIAL</u>**

2

Defendants demand a trial by jury on all issues triable to a jury.

3

DATED:  September 3, 2020          THE MITCHELL LAW FIRM, LLP

4

5

By   */s/ Nicholas R. Kloeppel*

6

Nicholas R. Kloeppel
William F. Mitchell

7

Attorneys for Defendants, COUNTY OF

8

HUMBOLDT, GREG ALLEN, SCOTT
HICKS, BEN FILIPPINI, PAM WILCOX,

9

DENNIS YOUNG

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

16

**ANSWER TO COMPLAINT**