UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CARRIE CAPOLUPO, | Case No.  18-cv-07458-RMI |
| Plaintiff, | |
| v. | **ORDER OF CONDITIONAL DISMISSAL** |
| COUNTY OF HUMBOLT, et al., | Re: Dkt. Nos. 100, 101 |
| Defendants. | |

The parties attended a Settlement Conference before the Chief Magistrate Judge Joseph C. Spero on January 26, 2021, during which the parties reached a settlement. Dkt. 100. On February 5, 2021, the parties reported in their supplemental joint case management statement that they had reached a settlement agreement and that Defendant had forwarded to Plaintiff the written settlement agreement, which Plaintiff was reviewing. Dkt. 101.

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to request reinstatement on or before August 23, 2021. Any request for reinstatement must be based on good cause. In the event a request to reinstate the case is not filed on or before the foregoing date, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: July 22, 2021

ROBERT M. ILLMAN
United States Magistrate Judge